JPML FORM 1A

## DOCKET ENTRIES

### JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 591 -- IN RE DATAPOINT CORPORATION DISTRIBUTORSHIP LITIGATION

| Date | Pldg. | Pleading Description |
|---|---|---|
| 84/03/27 | 1 | MOTION/BRIEF/SCHEDULE OF ACTIONS and Affidavit of Orrin Harrison III and Exhibits -- SAIT ELECTRONICS S.A. -- for transfer of actions. (rew) |
| 84/04/06 | | APPEARANCE -- DICK TERRELL BROWN, ESQ. for Datapoint Disc, Inc. (ds) |
| 84/04/10 | | APPEARANCES -- ORRIN HARRISON, III, ESQ. for SAIL Electronics S.A.; JEFFREY I. WEINBERGER, ESQ. for TRW Inc. and TRW Datacom International, Inc. (ds) |
| 84/04/11 | 2 | RESPONSE -- TRW, Inc. and TRW Datacom International, Inc. w/cert. of svc. (ds) |
| 84/04/11 | 3 | RESPONSE -- Datapoint Disc, Inc w/svc. (ds) |
| 84/04/13 | | HEARING ORDER -- Setting motion to transfer A-1 and A-2 for Panel hearing in Washington, D.C. on May 17, 1984 (cds) |
| 84/05/10 | | LETTER W/ERRATA SHEET -- Dale V. Matthews, Esq. for Datapoint Disc, Inc. -- (used for forwarding corrected pages 8 thru 18 -- ATTACHED TO PLDG. #3) (cds) |
| 84/05/16 | | WAIVER OF ORAL ARGUMENT -- TRW Inc. and TRW Datacom International, Inc. (ds) |
| 84/05/16 | 4 | RESPONSE/STATUS REPORT -- Datapoint DISC, Inc. -- w/cert. of svc. (emh) |
| 84/05/16 | | HEARING APPEARANCES -- Orrin Harrison, III, Esq. for SAIT Electronics S.A.; Dick Terrell Brown, Esq. for Datapoint DISC, Inc. (ds) |
| 84/05/22 | | ORDER DENYING TRANSFER OF LITIGATION -- Notified involved clerks, judges, counsel and misc. recipients. (ds) |

JPML Form 1

Revised: 8/78

DOCKET NO. 591 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION: IN RE DATAPOINT CORPORATION DISTRIBUTORSHIP LITIGATION

## SUMMARY OF LITIGATION

| Hearing Dates | Orders | | | Transferee | | |
|---|---|---|---|---|---|---|
| May 17, 1984 | Dates Filed | Type | Citation | District | Name of Judge | Assigned From |
| | May 22, 1984 | DENIAL | Unpublished | | | |

Special Transferee Information

DATE CLOSED: May 22, 1984

JPML FORM 1

LISTING OF INVOLVED ACTIONS

DOCKET NO. 591 -- IN RE DATAPOINT CORPORATION DISTRIBUTORSHIP LITIGATION

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket Number | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | TRW, Inc. v. SAIT Electronics S.A. | C.D.Calif. Marshall | 83-1899-CBM-JRX | | | | |
| A-2 | Datapoint DISC, Inc. v. SAIT Electronics S.A. | W.D. Texas Shannon | SA-83-CA-750 | | | | |

JPML Form 4

ATTORNEY SERVICE LIST
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 591 -- In re Datapoiint Corporation Distributorship Litigation

TRW, INC. (A-1)
Jeffrey I. Weinberger, Esquire
Munger, Tolles & Rickershauser
612 South Flower Street
Los Angeles, California 90017

DATAPPOINT DISC, INC. (A-2)
Dick Terrell Brown, Esquire
McCamish, Ingram, Martin & Brown
650 American Bank Tower
Austin, Texas 78701

SAIT ELECTRONICS S.A.
Orrin Harrison, III, Esquire
Thomas S. Leatherbury, Esquire
Locke, Purnell, Boren, Laney & Neely
3600 RepublicBank Tower
Dallas, Texas 75201

JPML FORM 3

p. 1

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 591 -- IN RE DATAPOINT CORPORATION DISTRIBUTORSHIP LITIGATION

| Name of Party | Named as Party in Following Actions |
|---|---|
| SAIT Electronics S.A. | A-1, A-2 |