JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
FILED

MAY 22 1984

PATRICIA D. HOWARD
CLERK OF THE PANEL

DOCKET NO. 591

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE DATAPOINT CORPORATION DISTRIBUTORSHIP LITIGATION

ORDER DENYING TRANSFER*

This litigation consists of one action pending in the Central District of California and one action pending in the Western District of Texas. Presently before the Panel is a motion by the defendant in both actions to transfer, pursuant to 28 U.S.C. §1407, the actions to an appropriate district for coordinated or consolidated pretrial proceedings. Plaintiffs in both the California and Texas actions oppose transfer.

On the basis of the papers filed and the hearing held, we find that Section 1407 transfer would neither serve the convenience of the parties and witnesses nor further the just and efficient conduct of the litigation. Although we recognize that the actions in this litigation may involve some common questions of fact, given the minimal number of actions before us, we are not persuaded that these factual questions are so complex, or the accompanying discovery so time-consuming, to warrant transfer. See In re Scotch Whiskey Antitrust Litigation, 299 F.Supp. 543, 544 (J.P.M.L. 1969). Furthermore we point out that suitable alternatives to transfer exist in order to minimize the possibility of duplicative discovery and/or conflicting pretrial rulings. See, e.g., In re Eli Lilly and Company (Cephalexin Monohydrate) Patent Litigation, 446 F.Supp. 242, 244 (J.P.M.L. 1978).

IT IS THEREFORE ORDERED that the motion pursuant to 28 U.S.C. §1407 to centralize the actions listed on the attached Schedule A be, and the same hereby is, DENIED.

FOR THE PANEL:

Andrew A. Caffrey
Chairman

---

* Judge Milton Pollack recused himself and took no part in the decision of this matter. In addition, Judges Robert H. Schnacke and Sam C. Pointer, Jr. took no part in the decision of this matter.

Schedule A

<u>MDL-591 -- In re Datapoint Corporation Distributorship Litigation</u>

<u>Central District of California</u>

<u>TRW, Inc. v. SAIT Electronics S.A.</u>, C.A. No. 83-1899-CBM-JRX

<u>Western District of Texas</u>

<u>Datapoint DISC, Inc. v. SAIT Electronics S.A.</u>, C.A. No. SA-83-CA-750